AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America ) | REC'D by _____ D.C. |
| v. ) | MAY 0 7 2008 |
| ARCHIBALD WALKER ) Case No: 00-08098 CR | CLARENCE MADDOX |
| ) USM No: 53889-004 | CLERK U.S. DIST. CT. |
| Date of Previous Judgment: _____ ) PRO SE | S. D. OF FLA. |
| (Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __121__ months **is reduced to** __120 MONTHS__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 100 to 125 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Defendant is subject to a statutory 10 year minimun mandatory sentence. Therefore, his sentence can not be reduced to less than 120 months.

Except as provided above, all provisions of the judgment date _____ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: 5/6/08

Judge's signature

Effective Date: _____
(if different from order date)

Donald M. Middlebrooks, U.S.D.J.
Printed name and title